**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00283-CV

## ESTATE OF: LOLA CHENOWITH, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-12-00202-2**

## ORDER

The Court **GRANTS** appellee's October 21, 2013 second agreed motion to extend time

to file brief and **ORDERS** the brief be filed by November 22, 2013. No further extensions will

be granted absent exigent circumstances.


/s/      ELIZABETH LANG-MIERS
          JUSTICE